UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GLENDA MONTERO-HERNANDEZ,**

      **Plaintiff,**

**v.**                                            **Case No:  6:12-cv-1736-Orl-22KRS**

**PALISADES COLLECTION, LLC,**

      **Defendant.**

**ORDER**

This cause comes before the Court upon consideration of the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 33) regarding Defendant Palisades Collection, LLC's ("Defendant") Motion to Dismiss for failure to comply with court order (Doc. No. 16). As detailed in the R&R, Plaintiff Glenda Montero-Hernandez ("Plaintiff") has failed to comply with or even respond to several Orders of the Magistrate Judge. The conduct of her counsel, Joseph Kelly Birch and Richard R. Baker, does not remotely approach the standard expected of attorneys practicing before this Court. Plaintiff has failed to respond to Defendant's discovery requests since April and to comply with Court orders since June. When given one last chance to salvage this case at a September 24 hearing before the Magistrate Judge, Plaintiff and her counsel failed to attend or offer any excuse for their absence. The instant R&R followed, and Plaintiff failed to object. The Court is reluctant to resort to dismissal as a sanction, but Plaintiff's inattention to her case, and the well-documented deficiencies in her lawyers' representation, leave the Court no choice.

Based on the foregoing, it is ordered as follows:

- 2 -

1. Magistrate Judge Spaulding's September 26, 2013 Report and Recommendation (Doc. No. 33) is **ADOPTED and CONFIRMED** and made a part of this Order.

2. Defendant Palisades Collection, LLC's Motion to Dismiss for failure to comply with court order (Doc. No. 16), filed July 16, 2013, is **GRANTED**.

3. Plaintiff Glenda Montero-Hernandez's claims against Defendant are **DISMISSED with prejudice**.

4. Defendant may file a bill of costs and a motion for attorneys' fees or other appropriate relief on or before October 31, 2013.

5. The Clerk is directed to **CLOSE** this case, but the Court will retain jurisdiction to address any motions for attorneys' fees and costs.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 17, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties