**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED
2014 FEB -7 PM 12: 32
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

GLENDA MONTERO-HERNANDEZ,

    Plaintiff,

v.    Case No:   6:12-cv-1736-Orl-22KRS

PALISADES COLLECTION, LLC,

    Defendant.

## ORDER

This cause is before the Court on Defendant Palisades Collection LLC's Combined Motion for Sanctions Pursuant to 15 U.S.C. §1692k(a)(3) and 28 U.S.C. §1927 (Doc. No. 35) filed on October 31, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed January 23, 2014 (Doc. No. 49), is ADOPTED and CONFIRMED and made a part of this Order.

2.  Defendant Palisades Collection LLC's Combined Motion for Sanctions Pursuant to 15 U.S.C. §1692k(a)(3) and 28 U.S.C. §1927 (Doc. No. 35) is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on February 7th, 2014.

JOHN ANTOON II, U.S. District Judge
(signed in the absence of Chief Judge Anne C. Conway)

CC: Counsel of Record